IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:04CR3086 |
| v. ) | |
| ) | |
| CLIFTON L. PETERSON, ) | |
| ) | ORDER |
| Defendant. ) | |
| ) | |

Upon consideration of the defendant's motion for a change in residence, and upon being advised that there is no objection,

IT IS ORDERED,

The motion, filing 80, is granted, and paragraph 1(d) of the order setting defendant's conditions of release, as amended, is further amended to read:

> 1(d).  Defendant shall reside at the home of his daughter, Terri Peterson.

DATED this 9th day of June, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge